UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DATAPRO INTERNATIONAL INC., | Case No. C17-1068-JPD |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EBAY, INC., | |
| Defendant. | |

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

This matter comes before the Court upon the parties' stipulated motion to request a 30-day extension of the deadlines previously set in this case. Dkt. 12. The parties' stipulated motion, Dkt. 12, is GRANTED, and the case schedule is amended as follows:

- Deadline for FRCP 26(f) Conference: **September 28, 2017**
- Initial Disclosures Pursuant to FRCP 26(a)(1): **October 5, 2017**

//
//
//

MINUTE ORDER - 1

- Combined Joint Status Report and Discovery Plan: **October 12, 2017**

DATED this 29th day of August, 2017.

William M. McCool
Clerk of the Court

s/ Tim Farrell
Deputy Clerk

MINUTE ORDER - 2