UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DATAPRO INTERNATIONAL INC., <br><br> Plaintiff, <br><br> vs. <br><br> EBAY, INC., <br><br> Defendant <br><br> EBAY, INC., <br><br> Counterclaim Plaintiff, <br><br> vs. <br><br> DATAPRO INTERNATIONAL INC, <br><br> Counterclaim Defendant | No. 17-cv-01068-RSM <br><br> STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Plaintiff and counterclaim defendant DataPro International Inc., and defendant and counterclaim plaintiff eBay, Inc., jointly stipulate to the dismissal of this action with prejudice, including all claims and counterclaims asserted herein, without an award of attorney's fees or costs to either party.

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE -- 1

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983/Fax: (206) 299-3701

DATED this 8th day of January, 2018.

| ATKINS INTELLECTUAL PROPERTY, PLLC | GREENBERG TRAURIG, LLP |
|---|---|
| By /s/ Michael G. Atkins<br>Michael G. Atkins<br>WSBA# 26026<br>Atkins Intellectual Property, PLLC<br>113 Cherry Street #18483<br>Seattle, WA 98104-2205<br>Phone: (206) 628-0983<br>E-mail: mike@atkinsip.com<br><br>Attorneys for DataPro International Inc. | By /s/ Lori Chang<br>Ian Ballon (Admitted *pro hac vice*)<br>Lori Chang (Admitted *pro hac vice*)<br>Greenberg Traurig, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, California 90067<br><br>Emily Brubaker Harris (WSBA No. 35763)<br>Eric Lindberg (WSBA No. 43596)<br>Corr Cronin Michelson Baumgardner<br>Fogg & Moore, LLP<br>1001 Fourth Avenue, Suite 3900<br>Seattle, Washington 98154-1051<br><br>Attorneys for eBay, Inc. |

IT IS SO ORDERED.

Dated this 12 day of January 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE -- 2

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983/Fax: (206) 299-3701